No. 630. UNITED STATES ET AL. *v.* COLEMAN ET AL. C. A. 9th Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Acting Solicitor General Spritzer, Assistant Attorney General Weisl, Robert S. Rifkind, Roger P. Marquis* and *George R. Hyde* for the United States et al. *George W. Nilsson, W. Howard Gray, Howard A. Twitty* and *Edward A. McCabe* for respondents.

No. 348. BENEFICIAL FINANCE Co., INC. *v.* VINE. C. A. 2d Cir. Certiorari denied. *Wilkie Bushby* and *Joseph Schreiber* for petitioner. *Lawrence M. Powers* for respondent.

No. 353 BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* BANGOR & AROOSTOOK RAILROAD Co. ET AL. C. A. D. C. Cir. Certiorari denied. *Joseph L. Rauh, Jr., John Silard, Harriett R. Taylor, Isaac N. Groner, Harold C. Heiss, Donald W. Bennett, Alex Elson, Willard J. Lassers* and *Aaron S. Wolff* for petitioners. *Francis M. Shea, Richard T. Conway, James R. Wolfe* and *Charles I. Hopkins, Jr.,* for respondents.

No. 534. BENCOMO *v.* BENCOMO. Sup. Ct. Fla. Certiorari denied. *Daniel L. Ginsberg* for petitioner. *Sam I. Silver* for respondent.

No. 589. SALARDINO ET AL. *v.* CITY AND COUNTY OF DENVER. Sup. Ct. Colo. Certiorari denied. *William Hurt Erickson* for petitioners. *Max P. Zall* for respondent.